# In the United States Court of Federal Claims

No. 21-2004

Filed: October 18, 2021

|  |  |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

    On October 7, 2021, plaintiff Raj K. Patel, proceeding *pro se*, filed a complaint and an *in forma pauperis* application with this Court. *See generally* Complaint, ECF No. 1; Application to Proceed *In Forma Pauperis*, ECF No. 2. Pursuant to Rule 77.1(c) of the Rules of the Court of Federal Claims, plaintiff is required to pay the full filing fee of $402.00—a $350.00 filing fee plus a $52.00 administrative fee—or submit a proper request to proceed *in forma pauperis*. After careful consideration, it is clear to the Court that plaintiff is qualified to proceed *in forma pauperis*. Accordingly, plaintiff's Application to proceed *in forma pauperis* is hereby **GRANTED**.

    **IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge